1  COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
2  WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
3  Las Vegas, NV 89119
cbdodrill@wolfewyman.com
4  Tel: (702) 476-0100
Fax: (702) 476-0101
5  Attorneys for Defendant
6  FIRST FRANKLIN FINANCIAL CORPORATION

7

8  UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF NEVADA

10

| | |
|---|---|
| DIMAS ARQUIMEDES SUAREZ, and TARA MARIE SUAREZ aka TARA MARIE COTTINO, Jointly and Individually as | Case No.  2:10-cv-00113-GMN-RJJ |
| Plaintiffs, | **STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE** |
| v. | |
| NATIONPOINT A DIVISION OF NATION. CITY BANK OF IN, and CAL-WESTERN RECONVEYANCE and "JOHN DOE*" 1-10, "JANE DOE*" 1-10 | |
| Defendants. | |

The parties, by and through the undersigned, hereby stipulate to dismiss the above-referenced matter WITH PREJUDICE, each party to bear their own fees and costs.

DATED:   October 12, 2011          WOLFE & WYMAN LLP

By:/s/ Colt B. Dodrill
_____
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Attorneys for Defendant
**FIRST FRANKLIN FINANCIAL CORPORATION**

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

W&W

1

923513.1

1    DATED:   October _____, 2011

2

3                                                    By:_____
                                                          Dimas A. Suarez
4                                                         **Plaintiff in Pro Se**

5

6    DATED:   October _ＺＯ_ , 2011

7

8

9                                                    By:_____

10

11                                                        Tara Suarez
                                                          **Plaintiff in Pro Se**

12

13

14

15

16

17

18

19

20   Submitted by:

21   WOLFE & WYMAN LLP

22

23   By:_/s/ Colt B. Dodrill_____
          COLT B. DODRILL, ESQ.
24        Nevada Bar No. 9000
          980 Kelly Johnson Drive, Suite 140
25        Las Vegas, NV 89119
          cbdodrill@wolfewyman.com
26        Phone (702) 476-0100
          Fax (702) 476-0101

27        Attorneys for Defendants
          **FIRST FRANKLIN FINANCIAL**
28        **CORPORATION**

                                          2

923513.1

DATED:   October 22, 2011

By: _____
Dimas A. Suarez
**Plaintiff in Pro Se**

DATED:   October         , 2011

By: _____

Tara Suarez
**Plaintiff in Pro Se**

## ORDER

**IT IS SO ORDERED** this 2nd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

WOLFE & WYMAN LLP

By: /s/ Colt B. Dodrill
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
cbdodrill@wolfewyman.com
Phone (702) 476-0100
Fax (702) 476-0101

Attorneys for Defendants
**FIRST FRANKLIN FINANCIAL
CORPORATION**

2

923513.1